713 A.2d 1144

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jarmaine Q. TRICE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 14, 1998.

Joel S. Moldovsky, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 14th day of August 1998, the Petition for Allowance of Appeal is granted, limited to the issue of whether the common pleas court erred by denying the motion for severance thereby resulting in the violation of Petitioner's Sixth Amendment right of confrontation upon the admission of statements given by his nontestifying codefendants.